UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DEBBIE CLARK and CHARLETTE LEFEVRE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAFEWAY, INC., a California corporation authorized to conduct business in the State of Washington, and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:26-cv-2319-JHC

**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 12(F)**

Pursuant to the Stipulation of the Parties, and for good cause appearing, the Court **GRANTS** the Stipulation and **ORDERS** as follows, using the same defined terms as defined and used in the Stipulation:

1. Safeway's Motion to Dismiss/Motion to Strike (Dkt. No. 14) is renoted for consideration without oral argument to September 25, 2026.

2. Plaintiff's deadline to respond to Safeway's Motion to Dismiss/Motion to Strike (Dkt. No. 14) is extended up to and including September 10, 2026.

3. Safeway's deadline to file its Reply Brief in support of Safeway's Motion to Dismiss/Motion to Strike is extended up to and including September 24, 2026.

4. By agreeing to this Stipulation, the Parties do not waive and expressly reserve all

rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein.

**ORDER**

**IT IS HEREBY SO ORDERED.** The Court DIRECTS the Clerk to re-note the motion at Dkt. # 14 for September 25, 2026.

DATED this 3rd day of September, 2026.

John H. Chun
United States District Judge