The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBBIE CLARK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAFEWAY, INC., a California corporation authorized to conduct business in the State of Washington, and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:26-cv-02319-JHC

**[WITHOUT ORAL ARGUMENT]**

**DECLARATION OF TANNER HENDERSHOT IN SUPPORT OF DEFENDANT SAFEWAY INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE**

Noting Date: October 16, 2026

REED SMITH LLP
A limited liability partnership formed in the State of Delaware



Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**DECLARATION OF TANNER HENDERSHOT**

1. I am an attorney of law licensed to practice before all courts in the State of California and have been admitted *pro hac vice* before this Court. I am an attorney with Reed Smith LLP and counsel of record for Defendant Safeway Inc. ("Safeway") in the above-captioned action. I make this declaration in support of Safeway's Opposition to Plaintiff Debbie Clark's ("Plaintiff") Motion to Consolidate. This declaration is based on my personal knowledge and, if called as a witness, I could and would competently testify to the information contained herein.

2. On September 9, 2026, our offices received an email from Cassandra Lenning, counsel of record for Plaintiff, stating their belief that Safeway's pending Motion to Dismiss Plaintiff Debbie Clark's Fifth Claim for Relief under Rule 12(b)(6) and Dismiss Or Stay Remaining Claims Under The First-to-File Rule Or in the Court's Inherent Discretion, or in the Alternative, Motion to Strike Plaintiff's Second Amended Complaint [Dkt. No. 14] was moot because they agreed to "jointly prosecute" their claims with *Jorbie Kelley v. Safeway Inc.*, Case No. 2:26-cv-01980 ("*Kelley*"). In light of their position, Ms. Lenning inquired whether Safeway would stipulate to permit Plaintiffs leave to file an amended complaint and regarding Safeway's position with respect to consolidation of their action with *Kelley*. Plaintiffs' counsel did not request a meet and confer conference to discuss possible consolidation of the two actions.

3. On September 15, 2026, after filing the Notice and Stipulation, Ms. Lenning sent an email inquiring whether Safeway would stipulate to permit Plaintiffs leave to file an amended complaint to remove the fifth cause of action and narrow their putative class definition, as well as whether we would stipulate to consolidate their action with *Kelley*. They did not request a meet and confer conference to discuss possible consolidation of the two actions.



Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

4. To date, Plaintiff's counsel has not requested a meet and confer conference to discuss possible consolidation of this action with *Kelley*, nor have the parties held a meet and confer conference regarding possible consolidation of the two actions.

I declare under the penalty of perjury of the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed on 10/13/2026 | 1:42:36 PM PDT in Costa Mesa, California.

DocuSigned by:
Tanner J. Hendershot
4B393167EE3C471
Tanner J. Hendershot

REED SMITH LLP
A limited liability partnership formed in the State of Delaware



Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2026,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: this 13th day of October, 2026, at Costa Mesa, California.

*/s/ Tanner J. Hendershot*
Tanner J. Hendershot, Cal. State Bar No. 346841 (*Pro Hac Vice*)



Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599