THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DEBBIE CLARK and CHARLETTE LEFEVRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., a California corporation authorized to conduct business in the State of Washington, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-2319-JHC<br><br>**NOTICE OF PENDENCY OF RELATED CASE** |

Pursuant to LCR 3(g)(1), Plaintiffs hereby submits this Notice of Pendency of Related Action in the Western District of Washington. The related case is *Kelley v. Safeway Inc.,* No. 2:26-cv-01980 (W.D. Wash.) ("*Kelley*"), which is assigned to Judge Tana Lin.

The present action and *Kelley* involve substantially overlapping class-wide factual allegations and clams under Washington State wage and hour laws, on behalf of the same proposed class of hourly employees working in Washington State, against the same defendant, Safeway, Inc. ("Defendant" or "Safeway"). Significant overlap in discovery and legal argument is expected. If the cases proceed before different judges, there is substantial risk of duplicative labor and expense, as well as potentially inconsistent legal rulings.

For these reasons, the *Clark* Plaintiffs, represented by undersigned counsel, and the



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

*Kelley* Plaintiff, represented by Ackermann & Tilajef, P.C., have agreed to jointly prosecute their claims, with both firms working together as co-counsel on behalf of the *Clark* Plaintiffs, *Kelley* Plaintiff, and the proposed classes in these two related actions. With all Plaintiffs' counsel working together, the *Clark* and *Kelley* Plaintiffs, believe consolidation of these two related actions will promote judicial economy and expedite resolution, while avoiding potentially inconsistent rulings. Accordingly, Counsel for the *Clark* and *Kelley* Plaintiffs will be meeting and conferring with Defendant regarding a motion to consolidate this lawsuit with *Kelley*.

DATED this 16th day of October, 2026.

**BIBIYAN LAW GROUP, P.C.**

By: */s/ Adarsh N. Parthasarathy*

Adarsh N. Parthasarathy, WSBA No. 62319
Cassandra Lenning, WSBA No. 54336
Danielle E. Kim, WSBA No. 54154
**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043
Fax: (206) 225-2067
*aparthasarathy@tomorrowlaw.com*
*clenning@tomorrowlaw.com*
*dkim@tomorrowlaw.com*

*Attorneys for Plaintiffs*