THE HONORABLE JOHN H. CHUN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DEBBIE CLARK and CHARLETTE LEFEVRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., a California corporation authorized to conduct business in the State of Washington, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-2319-JHC<br><br>**PLAINTIFFS' NOTICE TO WITHDRAW PENDING MOTION** |

Plaintiffs hereby provide this notice of their intent to withdraw their Motion for Consolidation. Dkt. 24. Plaintiffs will be meeting and conferring with counsel for Defendant Safeway, Inc. regarding Plaintiffs' intention to seek leave to amend their complaint and to consolidate this lawsuit with the related case *Kelley v. Safeway Inc.,* No. 2:26-cv-01980 (W.D. Wash.), which is currently pending before Judge Tana Lin.

/ /

/ /

/ /

/ /

/ /



**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043

DATED this 16th day of October, 2026.

**BIBIYAN LAW GROUP, P.C.**

By: */s/ Adarsh N. Parthasarathy*

Adarsh N. Parthasarathy, WSBA No. 62319
Cassandra Lenning, WSBA No. 54336
Danielle E. Kim, WSBA No. 54154
**BIBIYAN LAW GROUP, P.C.**
COLUMBIA CENTER
701 5th Ave., 42nd Floor
Seattle, WA 98104
Telephone: (206) 225-2043
Fax: (206) 225-2067
*aparthasarathy@tomorrowlaw.com*
*clenning@tomorrowlaw.com*
*dkim@tomorrowlaw.com*

*Attorneys for Plaintiffs*