UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBBIE CLARK, *individually, and on behalf of all others similarly situated,*

Plaintiff,

v.

SAFEWAY INC., et al.,

Defendants.

CASE NO. 2:26-cv-2319

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Tana Lin, United States District Judge, as related to Case No. 2:26-cv-1980-TL. All future documents filed in this case must bear cause numbers ending in "TL" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

Dated this 21st day of October, 2026.

John H. Chun
United States District Judge